UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 13-cv-14853

v.                                          Paul D. Borman
                                            United States District Judge

                                            Stephanie Dawkins Davis
                                            United States Magistrate Judge

STEVIE BROWN,

        Defendant.
_____/

## ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #32); and (2) OVERRULING DEFENDANT'S OBJECTION TO WRIT OF GARNISHMENT (ECF #27)

Now before the Court is the August 7, 2019 Report and Recommendation of Magistrate Judge Stephanie Dawkins Davis (ECF #32) recommending that the Court overrule Defendant Stevie Brown's May 1, 2019 objection to a writ of garnishment[1] (ECF #27). The writ of garnishment at issue was entered by Plaintiff on April 9, 2019. (ECF #25.) The Report and Recommendation states that the Parties have resolved the instant matter. (ECF #32, PgID 122.)

Having reviewed the Report and Recommendation and there being no timely

---

[1] The objection to the writ is styled as "Defendant's Request for Hearing about the Garnishment and Claims for Exemptions." (ECF #27.)

objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. Local Rule 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, and OVERRULES Defendant's objection to the April 9, 2019 writ of garnishment.

IT IS SO ORDERED.

_____
Paul D. Borman
United States District Judge

Dated: AUG 28 2019